1  **HALL & EVANS, LLC**
   KURT R. BONDS, ESQ.
2  Nevada Bar No. 6228
   TANYA M. FRASER, ESQ.
3  Nevada Bar No. 13872
4  1160 North Town Center Drive
   Suite 330
5  Las Vegas, Nevada 89144
   (702) 998-1022
6  nvefile@hallevans.com
7  *Attorneys for Defendant*

8                    UNITED STATES DISTRICT COURT

9                         DISTRICT OF NEVADA

| | |
|---|---|
| REGINA RETZLAFF, an individual, | CASE NO.:  2:24-cv-00004-RFB-NJK |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE** |
| v. | |
| WAL-MART STORES, INC., a Delaware Foreign Corporation; and DOES I through X; and ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, REGINA RETZLAFF, and Defendant, WAL-MART STORES, INC., by and through their respective counsel of record, that the claims asserted by Plaintiff, REGINA RETZLAFF, against Defendant, WAL-MART STORES, INC., be dismissed in their entirety, with prejudice, the parties each to bear their own costs and fees.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

1                                                                KB/20147-96

This matter is not currently set for trial and the parties request that all pending deadlines and hearings currently set in this case be VACATED.

**IT IS SO STIPULATED.**

DATED this 29th day of August, 2024.

HALL & EVANS, LLC

/s/ Kurt R. Bonds

KURT R. BONDS, ESQ.
Nevada Bar #6228
TANYA M. FRASER, ESQ.
Nevada Bar #13872
1160 North Town Center Drive, Ste 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
*Attorneys for Defendant*

DATED this __ day of August, 2024.

GEORGE T. BOCHANIS, LTD.

/s/ George T. Bochanis

George T. Bochanis, Esq.
Lucas A. Grower, Esq.
Eunice Beattie, Esq.
Nevada Bar #10382
631 South Ninth Street
Las Vegas, NV 89101
*Attorneys for Plaintiff*

## ORDER FOR DISMISSAL OF ALL CLAIMS, WITH PREJUDICE

**IT IS SO ORDERED.**

**DATED:** August 29, 2024

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

Respectfully submitted by:

HALL & EVANS, LLC

/s/ Kurt R. Bonds

KURT R. BONDS, ESQ.
Nevada Bar #6228
1160 North Town Center Drive, Ste 330
Las Vegas, Nevada 89144
(702) 998-1022
*Attorneys for Defendant*

KB/20147-96